### 1944.    ROE *v.* ROE.

HILL, C. J.   No error of law is complained of, and the verdict is so clearly and strongly supported by the evidence that the judgment refusing a new trial is affirmed; and the motion for the defendant in error, for ten per cent. damages on the amount of the judgment, for delay in suing out the writ of error and bringing the case to this court, is granted.   Civil Code, § 5594.                                    *Judgment affirmed.*

Complaint; from city court of Nashville—Judge Peeples.   May 3, 1909.

Submitted July 19,—Decided December 10, 1909.

*J. W. Powell,* for plaintiff in error.   *W. D. Buie,* contra.